No. 04–1353. MOORE v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 8, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1354. KINNEY v. HAMILTON PARTNERS. C. A. 7th Cir. Certiorari denied.

No. 04–1358. WHITE ET VIR v. TSCHERTER ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–1359. MARTINGALE, LLC v. CITY OF LOUISVILLE, KENTUCKY, ET AL. Ct. App. Ky. Certiorari denied.

No. 04–1377. BERKE v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 04–1379. MORENO IVANOVA, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF MORENO REYES v. COLUMBIA PICTURES INDUSTRIES, INC. C. A. 9th Cir. Certiorari denied.

No. 04–1401. VANGUILDER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 04–1402. ESTATE OF MORELAND, DECEASED, BY MORELAND ET AL., CO-PERSONAL REPRESENTATIVES, ET AL. v. SPEYBROECK, INDIVIDUALLY AND AS SHERIFF OF ST. JOSEPH COUNTY, INDIANA. C. A. 7th Cir. Certiorari denied.

No. 04–1420. SATALICH v. CITY OF LOS ANGELES, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 04–1428. CREDEUR ET UX. v. M J OIL, INC., DBA TRANS-TEXAS GAS CORP., ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1431. BENETIC ET UX., AS TRUSTEES OF THE BENETIC FAMILY TRUST DATED SEPTEMBER 22, 1993 v. M/Y ATHENA ALEXANDER ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1433. BAJBOR v. OFFICE OF COMPLIANCE ET AL. C. A. Fed. Cir. Certiorari denied.